B6A (Official Form 6A) (12/07)

IN RE **Bryan, David** _____  Case No. **10-33670**
_____ Debtor(s) _____  (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **4148 23rd Street San Francisco, CA 94114** | **JTWROS** | **J** | 915,330.00 | 1,914,534.74 |
| **869 Alvarado St. San Francisco, CA 94114** | **JTWROS** | **J** | 1,509,000.00 | 1,725,000.00 |
| | | TOTAL | 2,424,330.00 | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Bryan, David**                    Case No. **10-33670**
Debtor(s)                 (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

**B6B (Official Form 6B) (12/07) - Cont.**

IN RE **Bryan, David**                                        Case No. **10-33670**
_____                 _____
                  Debtor(s)                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **0.00** |

**0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (04/10)**

IN RE **Bryan, David**            Case No. **10-33670**
                     Debtor(s)                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
|  |  |  |  |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

IN RE **Bryan, David** _____ Case No. **10-33670** _____
                Debtor(s)                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br> **APB Electric** <br> **1732 Indiana Street** <br> **Vallejo, CA 94590** | | | **Incurred July 2008. Mechanic's lien on 4148 23rd St., San Francisco, CA.** <br><br> VALUE $ **915,330.00** | | | | **2,627.82** | **2,627.82** |
| ACCOUNT NO. **82747-02** <br> **Cal State 9 Credit Union** <br> **156 2nd Street** <br> **San Francisco, CA 94105** | X | J | **2nd Mortgage on Alvarado Property.** <br><br> VALUE $ **1,509,000.00** | | | | **unknown** | |
| ACCOUNT NO. **1846599232** <br> **Chase Bank** <br> **7301 Baymeadows Way** <br> **Jacksonville, FL 32256** | | | **1st Mortgage on 4148 23rd St. San Francisco Property.** <br><br> VALUE $ **915,330.00** | | | | **1,097,000.00** | **195,670.00** |
| ACCOUNT NO. **5303715519** <br> **Chase Bank** <br> **7301 Baymeadows Way** <br> **Jacksonville, FL 32256** | X | J | <br><br> VALUE $ **1,509,000.00** | | | | **1,425,000.00** | |

_____ **1** continuation sheets attached

Subtotal (Total of this page) $ **2,524,627.82** $ **198,297.82**

Total (Use only on last page) $     $
(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE **Bryan, David** Case No. **10-33670**
Debtor(s) (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8000000422** <br> **Franklin Credit Management Corp.** <br> **101 Hudson Street, 25th Floor** <br> **Jersey City, NJ  07302** | X | J | Incurred May 2006.  Not on loan but on title. <br><br> VALUE $ **1,509,000.00** | | | | 300,000.00 | 216,000.00 |
| ACCOUNT NO. **None** <br> **Green Couch Staging And Design** <br> **P.O. Box 642489** <br> **San Francisco, CA  94164** | | | Incurred September 2009.  Mechanic's Lien on 4148 23rd St., San Francisco, CA. <br><br> VALUE $ **915,330.00** | | | | 14,000.00 | |
| ACCOUNT NO. **0708146** <br> **Marin Mortgage Bankers** <br> **835 5th Ave. Suite H** <br> **San Rafael, CA  94901** | X | | Date claim incurred 11/09/2007. 2nd Lien on 4148 23rd St. San Francisco Real Property. <br><br> VALUE $ **915,330.00** | | | | 800,000.00 | 800,000.00 |
| ACCOUNT NO. **None** <br> **Quest Structural** <br> **438 Oak Street** <br> **San Francisco, CA  94102** | | | Incurred May 2009.  Mechanic's Lien on 4148 23rd St, San Francisco, CA. <br><br> VALUE $ **915,330.00** | | | | 330.00 | 330.00 |
| ACCOUNT NO. **None** <br> **Redwood Services, Inc.** <br> **350 Lang Road** <br> **Burlingame, CA  94010** | | | Incurred April 2008.  Mechanic's Lien on 4148 23rd St. <br><br> VALUE $ **915,330.00** | | | | 576.92 | 576.92 |
| ACCOUNT NO. <br><br><br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **1,114,906.92** $ **1,016,906.92**

Total (Use only on last page) $ **3,639,534.74** $ **1,215,204.74**

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE **Bryan, David**            Case No. **10-33670**
Debtor(s)            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____ continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Bryan, David** Case No. **10-33670**
_____ _____
Debtor(s) (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br>**American Revenue Management**<br>**P.O. Box 2122**<br>**Oakland, CA 94621** | | | **Incurred April 2009.** | | | | **1,577.94** |
| ACCOUNT NO. **16935975**<br>**Associated Recovery Systems**<br>**P.O. Box 469046**<br>**Escondido, CA 92046-9046** | | | **Incurred March 2009.** | | | | **2,057.37** |
| ACCOUNT NO. **0801110112**<br>**Auto Return**<br>**450 7th St.**<br>**San Francisco, CA 94103-4532** | | | **Claim incurred January 2008.** | | | | **1,803.50** |
| ACCOUNT NO. **749 23026 8434 78**<br>**Bank Of America**<br>**P.O. Box 15102**<br>**Wilmington, DE 19886-5102** | | | **Incurred January 2006-April 2008 under Bryan Construction, Inc.** | | | | **82,000.00** |

___**8**___ continuation sheets attached

Subtotal (Total of this page) $ **87,438.81**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Bryan, David**     Case No. **10-33670**
Debtor(s)     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br> **Bode Concrete, LLC** <br> **696 Amador St.** <br> **San Francisco, CA 94124** | | | **Incurred January 2008** | | | | **778.69** |
| ACCOUNT NO. **5988386** <br> **Bonded Collection Corporation** <br> **29 East Madison St.** <br> **Chicago, IL 60602-4427** | | | **Incurred January 2006-April 2008** | | | | **82,000.00** |
| ACCOUNT NO. **1334** <br> **Bronzini Dental** <br> **101 Taylor Blvd.** <br> **Millbrae, CA 94030-1915** | | | **May 2007-April 2008.** | | | | **2,270.00** |
| ACCOUNT NO. **00109-6217259** <br> **CA Advanced Imaging Med Assoc.** <br> **P.O. Box 6102** <br> **Novato, CA 94948-6102** | | | **Incurred December 2006.** | | | | **992.00** |
| ACCOUNT NO. **5582480** <br> **California Pacific Medical Center** <br> **P.O. Box 6000** <br> **San Francisco, CA 94160-3710** | | | **Incurred October 2006.** | | | | **7,102.03** |
| ACCOUNT NO. **8432735** <br> **California Pacific Medical Center** <br> **P.O. Box 6000** <br> **San Francisco, CA 94160-3710** | | | | | | | **103.30** |
| ACCOUNT NO. **5657465** <br> **California Pacific Medical Center** <br> **P.O. Box 6000** <br> **San Francisco, CA 94160-3710** | | | **Incurred December 2006** | | | | **6,671.00** |

Sheet no. **1** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **99,917.02**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Bryan, David** Case No. **10-33670**
Debtor(s) (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4115-0725-6981-9967** <br> **Capital One Bank** <br> **P.O. Box 30285** <br> **Salt Lake City, UT 84130** | | | | | | | 2,734.00 |
| ACCOUNT NO. **6761119** <br> **CBSJ Collections** <br> **P.O. Box 4115** <br> **Concord, CA 94524** | | | **Incurred April 2007.** | | | | 4,811.09 |
| ACCOUNT NO. **None** <br> **CBSJ Financial Corp.** <br> **P.O. Box 512020** <br> **Los Angeles, CA 90051-0020** | | | **Claim incurred April 2006-November 2008** | | | | 163.20 |
| ACCOUNT NO. **88754** <br> **Collections Incorporated SF** <br> **P.O. Box 127** <br> **Walnut Creek, CA 94596** | | | **Date incurred: 12/04/2008** | | | | 3,324.00 |
| ACCOUNT NO. **None** <br> **Colt's Concrete** <br> **P.O. Box 209** <br> **Pacifica, CA 94044** | | | **Incurred October 2007.** | | | | 325.00 |
| ACCOUNT NO. **BRY12** <br> **Creative Energy** <br> **3419 Regatta Blvd.** <br> **Richmond, CA 94804** | | | **Incurred February 2008.** | | | | 177.00 |
| ACCOUNT NO. **None** <br> **Credit Collection Services** <br> **P.O. Box 779** <br> **Needham Heights, MA 92494** | | | **Incurred May 2008** | | | | 729.82 |

Sheet no. **2** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **12,264.11**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Bryan, David**     Case No. **10-33670**
Debtor(s)     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **307884** <br> **CU Recovery, Inc.** <br> **26263 Forest Blvd.** <br> **Wyoming, MN 55092** | | | **Incurred January 2004-April 2008. Duplicate collection for Patelco Credit Card #13448.** | | | | **46,116.20** |
| ACCOUNT NO. **SC 2008432735** <br> **Cypress Collection Services** <br> **3900 Pelandale #420** <br> **Modesto, CA 95356** | | | **Incurred November 2006-April 2009.** | | | | **156.60** |
| ACCOUNT NO. **SC 2005657465** <br> **Cypress Collection Services** <br> **3900 Pelandale #420** <br> **Modesto, CA 95356** | | | | | | | **419.47** |
| ACCOUNT NO. **SC 2005582480** <br> **Cypress Collection Services** <br> **3900 Pelandale #420** <br> **Modesto, CA 95356** | | | **Incurred February 2007.** | | | | **257.00** |
| ACCOUNT NO. **None** <br> **Domnick Cormican Lath And Plaster** <br> **2675 24th Ave.** <br> **San Francisco, CA 94116** | | | **Incurred February 2008** | | | | **8,000.00** |
| ACCOUNT NO. **None** <br> **Ed Tingley/Tingley Design** <br> **1 Arkansas Street D2** <br> **San Francisco, CA 94107** | | | **Incurred May 2006.** | | | | **5,800.00** |
| ACCOUNT NO. **None** <br> **Floor Pros** <br> **1661 Tennessee St.** <br> **San Francisco, CA 94107-3572** | | | **Incurred March 2008.** | | | | **5,800.00** |

Sheet no. **3** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **66,549.27**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Bryan, David** Case No. **10-33670**
Debtor(s) (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **10289051**<br>**Global Credit And Collection Corp.**<br>**PMB 10015**<br>**300 International Drive, Suite 100**<br>**Williamsville, NY 14221** | | | **Incurred April 2008. Duplicate Collection for Capital One Credit Card.** | | | | 1,661.36 |
| ACCOUNT NO. **INV. 07019-1**<br>**Himmati Engineering, Inc.**<br>**311 W. Hunter Ct.**<br>**Fremont, CA 94539** | | | **Incurred September 2007.** | | | | 5,600.00 |
| ACCOUNT NO. **INV. 07019-2**<br>**Himmati Engineering, Inc.**<br>**311 W. Hunter Ct.**<br>**Fremont, CA 94539** | | | **Incurred September 2007.** | | | | 1,390.00 |
| ACCOUNT NO. **29288968-1-69**<br>**I.C. Systems**<br>**444 Highway 96 East, P.O. Box 64437**<br>**St. Paul, MN 55164** | | | **Incurred January 2007-April 2008.** | | | | 4,210.90 |
| ACCOUNT NO. **57095706901**<br>**J And L Team Works**<br>**651 N. Cherokee Lane #B2**<br>**Lodi, CA 95240** | | | **Incurred 3/13/2007** | | | | 243.37 |
| ACCOUNT NO. **None**<br>**Kitchen Sync**<br>**1752 Church Street**<br>**San Francisco, CA 94131** | | | **Incurred April 2007.** | | | | 2,800.00 |
| ACCOUNT NO. **913909-6 569**<br>**Law Offices Of Rian J. Ferber, Inc.**<br>**18075 Ventura Blvd., Suite 3B**<br>**Encino, CA 91316** | | | **Incurred January 2008.** | | | | 330.52 |

Sheet no. **4** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **16,236.15**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Bryan, David      Case No. **10-33670**
              Debtor(s)            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **181940271**<br>**Mann Bracken, LLC**<br>**28632 Roadside Dr., Suite 265**<br>**Agoura Hills, CA 91301** | | | **Incurred July 2008.** | | | | 1,769.47 |
| ACCOUNT NO. **None**<br>**Mary Cassidy**<br>**410 Twin Peaks Blvd.**<br>**San Francisco, CA 94114** | | | **Incurred April 2008. Oral contract (no note, handshake loan)** | | | | 13,500.00 |
| ACCOUNT NO. **None**<br>**Mike McCarthy**<br>**2245 Quesada Ave.**<br>**San Francisco, CA 94124** | | | **Incurred January through Apriil 2008** | | | | 42,000.00 |
| ACCOUNT NO. **68356966**<br>**Monetary Management Of California**<br>**1101 Market St.**<br>**San Francisco, CA 94103** | | | **Incurred July 2008.** | | | | 117.65 |
| ACCOUNT NO. **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**<br>**Money Market Express**<br>**13055 47 West**<br>**Salt Lake City, UT 84104** | | | **Incurred August 2008.** | | | | 132.65 |
| ACCOUNT NO. **6020136**<br>**National Collection Agency, Inc.**<br>**1620 School Street, Suite 107**<br>**Moraga, CA 94556** | X | J | **Incurred June 2009, Judgment Case #CGC09486501** | | | | 2,239.79 |
| ACCOUNT NO. **None**<br>**National Collection Agency, Inc.**<br>**1620 School Street, Suite 107**<br>**Moraga, CA 94556** | X | J | **Incurred September 2007** | | | | 80.00 |

Sheet no. **5** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 59,839.56

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Bryan, David**      Case No. **10-33670**
Debtor(s)      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **30192076**<br>**NCO Financial Systems, Inc.**<br>**10540 White Rock Rd. Suite 250**<br>**Rancho Cordova, CA 95670-6094** | | | **Incurred April 2007-May 2009** | | | | **7,044.46** |
| ACCOUNT NO. **F45493038**<br>**Northland Group, Inc.**<br>**P.O. Box 390846**<br>**Minneapolis, MN 55439** | | | **Incurred January 2006-January 2008.** | | | | **2,590.86** |
| ACCOUNT NO. **None**<br>**Oscar Monteijo**<br>**1216 Mission Street**<br>**San Francisco, CA 94114** | | | **Incurred Jauary-May 2008.** | | | | **22,000.00** |
| ACCOUNT NO. **134408**<br>**Patelco Credit Union**<br>**156 2nd St.**<br>**San Francisco, CA 94105** | | | **Incurred January 2004-April 2008. Credit Card Account.** | | | | **40,000.00** |
| ACCOUNT NO. **Y78654**<br>**Penncro Associates, Inc.**<br>**P.O. Box 1878**<br>**Southampton, PA 18996** | | | **Incurred November 2007.** | | | | **3,023.81** |
| ACCOUNT NO. **74923999802659**<br>**Portfolio Recovery Associates**<br>**P.O. Box 12914**<br>**Norfolk, VA 23541** | | | **Incurred June 2007-April 2008. Duplicate claim and collection for Bank of America Credit Card.** | | | | **80,964.55** |
| ACCOUNT NO. **15769**<br>**Prosper Marketplace**<br>**111 Sutter Street, 22nd Floor**<br>**San Francisco, CA 94104** | | | **Incurred May 2007-May 2008.** | | | | **4,741.78** |

Sheet no. **6** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **160,365.46**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **30632**<br>**Rapid Recovery Solutions**<br>**25 Orville Drive, Suite 101A**<br>**Bohemia, NY 11716-2501** | | | **Incurred December 2007.** | | | | 5,750.00 |
| ACCOUNT NO. **281860-5**<br>**Richmond North**<br>**4232 Ridge Lea Road**<br>**P.O. Box 963**<br>**Amherst, NY 14226** | | | **Incurred January 2009.** | | | | 1,132.31 |
| ACCOUNT NO. **595006-2**<br>**Rickenbacker Collection Services**<br>**15005 Concord Circle**<br>**Morgan Hill, CA 95037** | | | **Incurred August 2009.** | | | | 1,851.42 |
| ACCOUNT NO. **None**<br>**Ronaldo Flores**<br>**1464 Portola Dr.**<br>**San Francisco, CA 94127** | | | **Incurred January 2007- April 2008** | | | | 60,000.00 |
| ACCOUNT NO. **8907**<br>**Rumson Bolling And Associates**<br>**4570 Van Nuys Blvd., #331**<br>**Sherman Oaks, CA 91403** | | | **Incurred May 2008.** | | | | 6,612.50 |
| ACCOUNT NO. **005582480**<br>**SF ER MED Associates-Davies**<br>**4301 North Star Way**<br>**Modesto, CA 95356** | | | **Incurred December 2006.** | | | | 257.00 |
| ACCOUNT NO. **005657465**<br>**SF ER MED Associates-Davies**<br>**4301 North Star Way**<br>**Modesto, CA 95356** | | | **Incurred December 2006-February 2007.** | | | | 416.00 |

Sheet no. **7** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 76,019.23

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Bryan, David**  Case No. **10-33670**
　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **SFC 008432735** <br> **SF ER MED Associates-Davies** <br> **4301 North Star Way** <br> **Modesto, CA 95356** | | | **Incurred November 2009.** | | | | **156.60** |
| ACCOUNT NO. **MME 16607** <br> **Thompson And Associates, P.C.** <br> **335 Common St.** <br> **Lawrence, MA 01841** | | | **Incurred Aprial 2009.** | | | | **117.65** |
| ACCOUNT NO. **B-79-09092190** <br> **UCSF Dermatopathology Services** <br> **1633 Erringer Rd., 1st Floor** <br> **Simi Valley, CA 93065** | | | | | | | **94.51** |
| ACCOUNT NO. **CAN-20342** <br> **United Site Services** <br> **3408 Hillcap Ave.** <br> **San Jose, CA 95136** | | | **Incurred January 2007-April 2008.** | | | | **1,132.31** |
| ACCOUNT NO. **None** <br> **Westover Architecture** <br> **2210 Jackson Street, No. 704** <br> **San Francisco, CA 94115** | | | **Incurred May 2008.** | | | | **575.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **8** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **2,076.07**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **580,705.68**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6G (Official Form 6G) (12/07)**

IN RE **Bryan, David** _____  Case No. **10-33670** _____
              Debtor(s)                                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Bryan, David  
Debtor(s)

Case No. **10-33670**  
(If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Robert Bryan**<br>869 Alvarado St.<br>San Francisco, CA  94114 | **Marin Mortgage Bankers**<br>835 5th Ave. Suite H<br>San Rafael, CA  94901<br><br>**Chase Bank**<br>7301 Baymeadows Way<br>Jacksonville, FL  32256<br><br>**National Collection Agency, Inc.**<br>1620 School Street, Suite 107<br>Moraga, CA  94556<br><br>**National Collection Agency, Inc.**<br>1620 School Street, Suite 107<br>Moraga, CA  94556<br><br>**Cal State 9 Credit Union**<br>156 2nd Street<br>San Francisco, CA  94105<br><br>**Franklin Credit Management Corp.**<br>101 Hudson Street, 25th Floor<br>Jersey City, NJ  07302 |